# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES PARKER,<br><br>  Plaintiff(s),<br><br>  v.<br><br>JOSEPH SORGE,<br><br>  Defendant(s). | Case No. 2:13-CV-2324 JCM (VCF)<br><br>ORDER |

Presently before the court is defendant Joseph Sorge's motion for summary judgment. (Doc. #21).

On June 20, 2014, defendant filed a motion to dismiss (doc. # 16). This court granted defendant's motion without prejudice, construing it as a motion for judgment on the pleadings. (Doc. # 22). Because of the court's prior order granting defendant's motion for judgment on the pleadings, defendant's motion for summary judgment is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Joseph Sorge's motion for summary judgment (doc. # 21) be, and the same hereby, is DENIED as moot.

DATED August 28, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**